

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2018

No. 04-18-00268-CR

Andy **BARAJAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4718
Honorable Joey Contreras, Judge Presiding

## O R D E R

Appellant's brief was originally due October 1, 2018; however, appellant was granted an extension of time until October 31, 2018 to file the brief. Neither the brief nor a motion for extension of time has been filed.

We therefore **order** appellant's counsel, Ed Shaughnessy, to file the appellant's brief by **November 13, 2018**. If the brief is not filed as ordered, this appeal may be abated for an abandonment hearing and counsel may be ordered to show cause why he should not be held in civil or criminal contempt of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court